UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF13210 (rev 02/2017)

In re:

**Russell Lee Dodge**,
SSN: xxx–xx–6876     EIN: NA
    1160 Count Turf Ct
    Whiteland, IN 46184–9238
        Debtor.

Case No. **22–01908–JMC–13**

## NOTICE OF FILING OF CHAPTER 13 PLAN

A Chapter 13 Plan was filed on May 18, 2022, by Debtor Russell Lee Dodge. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by June 17, 2022, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtor and the chapter 13 trustee.

If no objections are filed, the Court may confirm the plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  May 20, 2022

Eric R. Kleis
Clerk, U.S. Bankruptcy Court